# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 21-2717

———————————————

Jessie Samuel Rufus Benford

*Plaintiff - Appellant*

v.

Schneider National Carriers, Inc.

*Defendant - Appellee*

——————————

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

——————————

Submitted: January 5, 2022
Filed: January 10, 2022
[Unpublished]

——————————

Before BENTON, KELLY, and KOBES, Circuit Judges.

——————————

PER CURIAM.

In this employment discrimination case, Jessie Benford appeals following the district court's[1] denial of his motion for summary judgment and grant of summary

——————————————————————————

[1] The Honorable Matthew T. Schelp, United States District Judge for the Eastern District of Missouri.

judgment in favor of his former employer. After careful review of the record and the parties' arguments on appeal, we conclude that the grant of summary judgment was proper for the reasons stated by the district court. *See Banks v. John Deere & Co.*, 829 F.3d 661, 665 (8th Cir. 2016) (reviewing grant of summary judgment de novo). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____